UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY MINIX ENTERPRISES, LLC, et al.,

    Plaintiffs,

v.                                    Case No. 10-CV-14499-DT

INTERNAL REVENUE SERVICE, et al.,

    Defendant.
                                        /

**ORDER SUSPENDING ALL BRIEFING, ADJOURNING WITHOUT DATE THE HEARING DATE, AND SETTING TELEPHONE CONFERENCE**

On March 22, 2011, the court conducted a telephonic status conference with counsel for Plaintiffs and the Internal Revenue Service ("IRS"), regarding the IRS's pending motion to dismiss.  During the conference, counsel informed the court that they were in the process of negotiating a global settlement to this action.  Under the circumstances, the court suggested, and the parties agreed, that all court deadlines should be suspended to allow the parties to conserve resources.  Accordingly,

IT IS ORDERED that all briefing deadlines are SUSPENDED and the April 13, 2011, hearing is ADJOURNED WITHOUT DATE.

IT IS FURTHER ORDERED that counsel for all the parties shall participate in a telephone conference on **April 21, 2011, at 11:00 a.m.**  The court will place the call.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated:  March 23, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 23, 2011, by electronic and/or ordinary mail.

                                              S/Lisa G. Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522