# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NANCY MINIX ENTERPRISES, LLC, et al.,

    Plaintiffs,

v.                                                Case No. 10-CV-14499-DT

INTERNAL REVENUE SERVICE, et al.,

    Defendant.
                                  /

## ORDER ADJOURNING TELEPHONE CONFERENCE

On April 21, 2011, the court conducted a telephone conference with counsel for all parties. During the conference, counsel confirmed that, pursuant to the court's March 23, 2011, order, the parties continued to work toward an amicable resolution to this action. Counsel requested additional time to obtain an appraisal of the relevant property. The court will adjourn the telephone conference for four weeks, at which point the court expects that the appraisal will have been obtained *and* the parties will have significantly continued their negotiations. Accordingly,

IT IS ORDERED that counsel for all the parties shall participate in a telephone conference on **May 19, 2011, at 11:00 a.m.** The court will place the call.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: April 22, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 22, 2011, by electronic and/or ordinary mail.

 S/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522