**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NANCY MINIX ENTERPRISES, LLC, et al.,

    Plaintiffs,

v.                                          Case No. 10-CV-14499-DT

INTERNAL REVENUE SERVICE, et al.,

    Defendants.
                                          /

**ORDER SETTING TELEPHONE CONFERENCE**

On May 18, 2011, the court conducted a telephone conference with counsel for all parties.  During the conference, counsel confirmed that the parties are continuing to work toward an amicable resolution to this action.  Counsel requested additional time to obtain an appraisal of the relevant property.  Specifically, while an appraiser has been located who is qualified to conduct the appraisal, the Government's counsel needs two weeks to obtain approval for the funds to pay for the appraisal, and the appraiser will need between four and six weeks to conduct the appraisal.  The court will therefore conduct another telephone conference in two weeks, at which point the court expects that approval for the appraiser will have been obtained or an alternate appraiser will have been located.  Once an appraiser is selected, the court expects the parties to cooperate to the extent needed to expeditiously complete the appraisal.  Accordingly,

IT IS ORDERED that counsel for all the parties shall participate in a telephone conference on **June 1, 2011, at 9:00 a.m.**  The court will place the call.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  May 19, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 19, 2011, by electronic and/or ordinary mail.

      S/Lisa G. Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522