UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY MINIX ENTERPRISES, LLC, et al.,

    Plaintiffs,

v.        Case No. 10-CV-14499-DT

INTERNAL REVENUE SERVICE, et al.,

    Defendant.

                                /

## ORDER SETTING TELEPHONE CONFERENCE

After the parties notified the court's case manager that they were close to reaching an amicable resolution to this case, the court conducted a telephone conference on September 12, 2011. The parties confirmed that they were nearing a global resolution of this matter, but requested additional time to finalize the agreement. Accordingly,

IT IS ORDERED that the parties shall participate in a telephone conference on **September 27, 2011, at 9:00 a.m.**, to update the court on their settlement efforts. In the event a stipulation and proposed order of dismissal is submitted to the court by **September 26, 2011,** the court will cancel the telephone conference.

                              S/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: September 13, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 13, 2011, by electronic and/or ordinary mail.

                              S/Lisa G. Wagner
                              Case Manager and Deputy Clerk
                              (313) 234-5522